# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 JUN -3 PM 12: 02

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

U.S.A. vs. Lester Page                    Docket No.2:95CR200047-01

## Petition on Probation and Supervised Release

**COMES NOW** __DAWN L. BROWN__, PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Lester Page, who was placed on supervision by the Honorable Samuel H. Mays, Jr. sitting in the Court at Memphis, TN , on the 30th day of April ,2004, who fixed the period of supervision at one(1) year, and imposed the general terms and conditions theretofore adopted by the Court.

(1)   The defendant shall participate in a six (6) month intensive in-patient drug abuse treatment program at the defendant's own expense.

*   **Effective Date of Supervision: March 26, 2003.** (Supervised Release revoked on April 30, 2004. Defendant given custody sentence of fourteen (14) months, with re-imposed twelve(12) month term of Supervised Release which began on March 11, 2005.)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**PRAYING THAT THE COURT WILL ORDER** that Lester Page's conditions of supervised release be **MODIFIED** to include the Special Condition to participate in an intensive outpatient program for the treatment of drug/alcohol dependency, including drug/alcohol testing to determine if the defendant has reverted to the use of drugs/alcohol as directed by the Probation Office at the expense of the defendant in lieu of participation in a six (6) month intensive in-patient drug abuse treatment program.

**ORDER OF COURT**

Considered and ordered this 3rd day of June, 2005, and ordered filed and made a part of the records in the above case.

_____
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

Respectfully,

_____
Dawn L. Brown
United States Probation Officer

Place: Memphis, Tennessee

Date: June 1, 2005

*United States District Court*

**Western District Tennessee**

**Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision**

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in an intensive outpatient program for treatment of drug/alcohol dependency, including drug/alcohol testing to determine if you have reverted to the use of drugs/alcohol at the expense of the defendant in lieu of your participation in an intensive six (6) month inpatient drug abuse treatment program.

Witness: _____
Dawn L. Brown
U. S. Probation Officer

Signed: _____
Lester Page
Supervised Release

Date: 6/2/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 2:95-CR-20047 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT